IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| T.Y., as Parent and Next Friend of P.Y., a Minor, <br><br> Plaintiff, <br><br> v. <br><br> SHAWNEE MISSION SCHOOL DISTRICT USD 512, et al., <br><br> Defendants. | Case No. 2:17-cv-02589-DDC-GEB |

**PETITION AND APPLICATION FOR COURT APPROVAL OF MINOR'S SETTLEMENT AND DISTRIBUTION OF NET PROCEEDS**

COMES NOW T.Y., the Next Friend and Parent of P.Y., a minor, and states as follows for Plaintiffs' Petition and Application for Court Approval of Minor's Settlement and Distribution of Net Proceeds:

1. Plaintiff P.Y. is a minor at the age of sixteen (16) years old.

2. Plaintiff agrees to waive a trial by jury, and submits the proposed settlement to the Court for determination.

3. As alleged in Plaintiff's Second Amended Complaint, Plaintiff P.Y. claims to have sustained damages, including physical personal injuries and emotional distress, as a result of an alleged sexual assault by a male classmate during the 2016-2017 school year while in a classroom at Westridge Middle School, within the Shawnee Mission School District ("School District").

4. Plaintiff's Second Amended Complaint sets forth the following operative claims against Defendants: (1) Violations of Title IX, 20 U.S.C. § 1681, et seq. (against the School District); (2) Violations of the Fourteenth Amendment, 42 U.S.C. § 1983 (against the School District, Jim Hinson, Jeremy McDonell, Jade Peters, and Craig Denny); and (3) Violation of 42

U.S.C. § 1983 in the Denial of Substantive Due Process through Policy, Custom and Practice of Failing to Respond to or Prevent Discrimination and Harassment (against the School District).

5. Plaintiff has fully investigated the facts and circumstances with reference to the alleged harassment/discrimination and the resulting physical personal injuries, emotional distress, and damages to Plaintiff P.Y., and Plaintiff has negotiated with representatives of the Shawnee Mission School District USD 612, Jim Hinson, Jeremy McDonell, Jade Peters, and Craig Denny, ("District Defendants") with a view toward determining whether settlement of Plaintiff P.Y.'s claims against the respective Defendants could be effected on a fair and reasonable basis.

6. All Defendants have denied that said harassment/discrimination occurred.

7. However, the District Defendants, acting through their respective attorneys, have indicated they will settle all of Plaintiff's respective claims against them for the total consideration indicated in "**EXHIBIT A**," said consideration requested by Plaintiff to be apportioned and distributed as submitted in "**EXHIBIT A**."

8. With respect to the payment that will be made to T.Y. in his capacity as the Next Friend of P.Y., a minor, as a part of this settlement, T.Y. will be appointed as a Conservator of a restricted account wherein those funds will be placed until P.Y. reaches the age of majority and T.Y. has executed a bond to minor Plaintiff P.Y. Furthermore, upon P.Y. reaching the age of majority, any remaining funds in the restricted account shall be released to Plaintiff P.Y. without restriction and without further order of the Court.

9. Petitioner has contracted with the law firm of Holman Schiavone, LLC, and Petitioner has agreed to pay Holman Schiavone, LLC total attorneys' fees and expenses as indicated in "**EXHIBIT A**;" and Petitioner believes said attorneys' fees and expenses are fair and reasonable and should be approved.

10. Petitioner is convinced and believes that the proposed settlement is fair and reasonable and would be in the best interests of the minor Plaintiff P.Y.

11. Petitioner has been advised and recognizes that, as a condition precedent to the settlement, Petitioner will be required to execute and deliver to Defendants a full and complete general release of the claims of Plaintiff P.Y. arising out of the aforesaid alleged but disputed harassment/discrimination; and Petitioner has also been advised and recognizes that, if settlement on the proposed basis is approved by the Court, Plaintiff may not hereafter make any claim for damages arising out of the aforesaid harassment/discrimination, which resulted in damages to Plaintiff P.Y.

12. The Proposed Order and Judgment Approving Minor Settlement and "**EXHIBIT A**" shall be submitted to the Court's chambers in PDF and WORD formats contemporaneously with this Application.

WHEREFORE, T.Y., as Next Friend and Parent of Plaintiff P.Y., prays the Court to set this matter for a Minor Settlement Approval Hearing at a time mutually convenient to the parties and this Court, and to thereafter enter an Order and Judgment (1) approving the proposed settlement of this minor's claim so that the distribution of the settlement proceeds will be paid into a restricted account on behalf of and for the benefit of the minor Plaintiff, P.Y.; (2) appoint P.Y.'s natural father and Next Friend, T.Y., as Conservator of a restricted account wherein P.Y.'s distribution of the settlement proceeds will be placed until P.Y. reaches the age of majority; and (3) authorize T.Y., as P.Y.'s natural father and Next Friend, to execute the general release covering the claims of Plaintiff P.Y. arising out of the aforesaid alleged harassment/discrimination, which will be presented to the Court as exhibits at the Minor Settlement Approval Hearing.

*Respectfully Submitted,*

HOLMAN SCHIAVONE, LLC

By: */s/ Kathleen E. Mannion*
   Anne Schiavone – KS #19669
   Kathleen E. Mannion – KS #25362
   4600 Madison Avenue, Suite 810
   Kansas City, Missouri 64112
   Telephone: (816) 283-8738
   Facsimile: (816) 283-8739
   aschiavone@hslawllc.com
   kmannion@hslawllc.com

### CERTIFICATE OF SERVICE

I certify that on September 5, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will automatically forward an electronic copy to the following counsel of record:

   Curtis L. Tideman
   ctideman@lathropgage.com
   Mark A. Samsel
   msamsel@lathropgage.com
   Christopher B. Nelson
   cbnelson@lathropgage.com
   LATHROP GAGE LLP
   10851 Mastin Boulevard, Suite 1000
   Overland Park, Kansas 66210-1669

ATTORNEYS FOR DEFENDANTS

   /s/ *Kathleen E. Mannion*
   An Attorney for Plaintiff